

Activity in Case 4:10-cv-00055-A Polley et al v. Golden Restaurants Inc et al Notice of Appeal
ecf_txnd
to:
Courtmail
07/01/2010 03:52 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements

**U.S. District Court**

**10-10672**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 7/1/2010 at 3:52 PM CDT and filed on 7/1/2010
**Case Name:**      Polley et al v. Golden Restaurants Inc et al
**Case Number:**    4:10-cv-00055-A
**Filer:**          Golden Restaurants Inc
                    Pop Restaurants LLC
                    Sun Holdings LLC
                    Guillermo Perales
                    Metro A LLC
                    Fries Management LLC
                    Firebrand Properties LP
                    Corral Group LP
                    Denar Restaurants LLC
                    Kansas Corral LLC
                    Sunny Corral Management LLC
                    TAG Corral LLC
                    Indy Corral LLC



**WARNING: CASE CLOSED on 06/11/2010**
**Document Number:** 26

**Docket Text:**
**NOTICE OF APPEAL to the Fifth Circuit as to [22] Order,, by Corral Group LP, Denar**