ORIGINAL

# U.S. DISTRICT COURT - COURT RECORD LOAN FORM

| No. 10-10672 | Short Title 4:10-CV-55-A Polley et al vs. Golden Restaurant Inc, et al. | Date Jul 21, 2010 |

**To:** Davor Rukavina, Esq.

2010 JUL 21 PM 1:07

**Name:** Munsch Hardt - Kopf & Harr, P.C.

CLERK OF COUR

**Address:** 3800 Lincoln Plaza - 500 N. Akard Street

**City:** Dallas **State:** TX **Zip:** 75201

**Documents Enclosed:**
- [X] Records Vols: 1 ECF CD / Appeal Record
- [X] Exhibits  [ ] Env. 2 Original Appendix #12,19
- [ ] Box:
- [X] 6 Orig. Vol BK Case Papers
- [ ] Supp. Records Vols.
- [ ] Second Supp. Record Vols.
- [ ] Third Supp. Record Vols.

**\* KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return** ___SEND RECORD WITH BRIEF OF APPELLEE TO 5TH Circuit___. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

**To:** Clerk, 5th Circuit
600 S. Maestri Place
New Orleans, LA 70130

- [ ] Records Vols:
- [ ] Supp. Records Vols.
- \* [ ] Exhibits [ ]

Records above listed are returned to Clerk:
Attorney Name:
Date:

**THIS PORTION REMAINS WITH COURT RECORDS**

----------Cut Here----------

No. 10-10672  Short Title 4:10-CV-55-A Polley et al v Golden Restaurant

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

- [ ] Records Vols:
- [ ] Supp. Records Vols.
- \* [ ] Exhibits [ ]

Records in above case have been received by Clerk:
Name:
Date:

**Clerk's Receipt** *To be completed by __5th Circuit Clerk's office__ and forwarded to person in previous section.*

----------Cut Here----------

No. 10-10672  Short Title 4:10-CV-55-A Polley et al v Golden Restaurant

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

- [ ] Records Vols:
- [ ] Supp. Records Vols.
- \* [ ] Exhibits [ ]

Records in above case forwarded to:
Attorney Name:
Address:
City, State, Zip:
Signed: Date:

**Attorney Forwarding Receipt** *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the __District Court Clerk's Office.__*

----------Cut Here----------

No. 10-10672  Short Title 4:10-CV-55-A Polley et al v Golden Restaurant

Fort Worth Division
501 West 10th Street Room 310
Ft. Worth, TX 76102-3673

- [ ] Records Vols:
- [ ] Supp. Records Vols.
- \* [ ] Exhibits [ ]

Records in above case listed received:
Judge/Attorney Name:
Date:

**Attorney Receipt** *The shaded area is to be completed by original recipient. Please detach this portion and forward it to the __Disctrict Court Clerk's office__ upon receipt of documents.*